UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>   v.<br><br>GUSTAVO SERRANO,<br><br>                    Defendant. | Case No. 2:05-cr-00208-HDM-GWF<br><br>ORDER |

If the government has any opposition to the petition of the Department of Probation with respect to the modification of the Minor Prohibition condition (ECF No. 40), such opposition shall be filed no later than June 3, 2021.

IT IS SO ORDERED.

DATED: This 27th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE