UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br>GUSTAVO SERRANO,<br><br>　　　　　　Defendant. | Case No. 2:05-cr-00208-HDM-GWF<br><br>ORDER |

　　The relief sought by the defendant in his motion for modification of conditions has been granted by way of the petition for modification filed on May 27, 2021. Accordingly, the motion for modification (ECF No. 39) is hereby STRICKEN AS MOOT.

　　IT IS SO ORDERED.

　　DATED: This 3rd day of June, 2021.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE