RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Gustavo Serrano

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO SERRANO,<br><br>Defendant. | Case No. 2:05-cr-00208-HDM-GWF<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Gustavo Serrano, that the Revocation Hearing currently scheduled on October 18, 2022, be vacated and continued to November 8, 2022 at 11:00 a.m.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time. Undersigned counsel has not had an opportunity to meet with Mr. Serrano. Additional time is required to review Mr. Serrano's legal options regarding his Revocation Hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 11th day of October, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Jean Ripley<br>JEAN RIPLEY<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUSTAVO SERRANO,<br><br>　　　　Defendant. | Case No. 2:05-cr-00208-HDM-GWF<br><br>**ORDER** |

　　IT IS ORDERED that the video revocation hearing currently scheduled for October 18, 2022 at 9:00 a.m., is vacated and continued to November 8, 2022 at 11:00 a.m. before Judge Howard D. McKibben via videoconference in Reno Courtroom 4.

　　**IT IS SO ORDERED.**

DATED this 12th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE

3