UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUSTAVO SERRANO,<br><br>　　　　Defendant. | Case No. 2:05-cr-00208-HDM-GWF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, October 17, 2022 at 11:00 a.m., be vacated and continued to October 26, 2022 at the hour of 10:00 a.m.

　　DATED this 12th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3